CLOSED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IMPERIUM INSURANCE COMPANY f/k/a DELOS INSURANCE COMPANY<br><br>    Plaintiff<br><br>vs.<br><br>MANUEL TORRES dba M&E CONSTRUCTION; JENNIFER STURGEON; CARISSA STURGEON; SHARON ESTRIDGE; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. CV11-05163 DDP (OPx)<br><br>Honorable Dean D. Pregerson<br>Courtroom 3<br><br>**JUDGMENT** |
|---|---|

After consideration of the papers in support of and opposition to Plaintiff IMPERIUM INSURANCE COMPANY f/k/a DELOS INSURANCE COMPANY's (hereinafter "Plaintiff") motion for summary judgment and the oral argument of counsel, this court orders summary judgment in favor of Plaintiff as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. IMPERIUM INSURANCE COMPANY f/k/a DELOS INSURANCE COMPANY's policy number 04DKRM1-2001-09 is rescinded void *ab initio*. Plaintiff shall recover its costs.

Dated: March 27, 2012

By: *[signature: Dean D. Pregerson]*